# Exhibit A

| | SUM-100 |
|---|---|
| # SUMMONS<br>*(CITACION JUDICIAL)* | FOR COURT USE ONLY<br>*(SOLO PARA USO DE LA CORTE)* |

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
QATAR AIRWAYS GROUP(Q.C.S.C); and DOES 1 to 20, inclusive; ASHAN JAYAWEERA CHAMBERLIN, Nominal Defendant

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
SURYA JAYAWEERA

Electronically FILED by
Superior Court of California,
County of Los Angeles
7/31/2025 3:09 PM
David W. Slayton,
Executive Officer/Clerk of Court,
By A. Gutierrez, Deputy Clerk

NOTICE! You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

The name and address of the court is: POMONA COURTHOUSE SOUTH 400 CIVIC CENTER PLAZA
*(El nombre y dirección de la corte es):* Los Angeles County POMONA, CA 91766
~~Pomona Courthouse, 400 Civic Center Plaza Pomona, CA 91766~~

CASE NUMBER:
*(Número del Caso):*
25PSCV02781

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Scott C. Lee, SBN 298201, Mayr Lee APC - 453 North Central Avenue, Upland, CA, 91786; Tel: 909-493-6603

DATE: 07/31/2025   Clerk, by  A. Gutierrez   , Deputy
*(Fecha)*  David W. Slayton, Executive Officer/Clerk of Court   *(Secretario)*   *(Adjunto)*

(For proof of service of this summons, use Proof of Service of Summons *(form POS-010).*)
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*
3. ☑ on behalf of *(specify):* QATAR AIRWAYS GROUP(Q.C.S.C)
    under: ☐ CCP 416.10 (corporation)          ☐ CCP 416.60 (minor)
           ☐ CCP 416.20 (defunct corporation)  ☐ CCP 416.70 (conservatee)
           ☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
           ☑ other *(specify):* a business entity
4. ☑ by personal delivery on *(date):*

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
www.courts.ca.gov

| NAME AND ADDRESS OF ATTORNEY OR PARTY WITHOUT ATTORNEY: | STATE BAR NUMBER | FOR COURT USE ONLY |
|---|---|---|
| Scott C. Lee<br>Mayr Lee APC<br>453 N Central Ave.<br>Upland, CA 91786<br>TELEPHONE NO.: 9094936603  FAX NO. (Optional):<br>E-MAIL ADDRESS (Optional): scott@mayrlee.com<br>ATTORNEY FOR (Name): Surya Jayaweera | 298201 | Electronically FILED by<br>Superior Court of California,<br>County of Los Angeles<br>8/07/2025 3:07 PM<br>David W. Slayton,<br>Executive Officer/Clerk of Court,<br>By G. Moreno, Deputy Clerk |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES**

COURTHOUSE ADDRESS:
400 Civic Center Plaza, Pomona, CA 91766

PLAINTIFF:
Surya Jayaweera

DEFENDANT:
Qatar Airways Group (Q.C.S.C) et. al

**AMENDMENT TO COMPLAINT**
**(Fictitious/Incorrect Name)**

CASE NUMBER:
25PSCV02781

☑ **FICTITIOUS NAME** *(No Order required)*

Upon the filing of the complaint, the plaintiff, being ignorant of the true name of the defendant and having designated the defendant in the complaint to be:

FICTITIOUS NAME
Doe 1

and having discovered the true name of the defendant to be:

TRUE NAME
Medaire, Inc.

amends the complaint by substituting the true name for the fictitious name wherever it appears in the complaint.

| DATE | TYPE OR PRINT NAME | SIGNATURE OR ATTORNEY |
|---|---|---|
| 8/6/2025 | Scott Lee | [signature] |

☐ **INCORRECT NAME** *(Order required)*

The plaintiff, having designated a defendant in the complaint by the incorrect name of:

INCORRECT NAME

and having discovered the true name of the defendant to be:

TRUE NAME

amends the complaint by substituting the true name for the incorrect name wherever it appears in the complaint.

| DATE | TYPE OF PRINT NAME | SIGNATURE OF ATTORNEY |
|---|---|---|
|  |  |  |

**ORDER**

THE COURT ORDERS the amendment approved and filed.

_____                    _____
Dated                                                                Judicial Officer

**AMENDMENT TO COMPLAINT**
(Fictitious / Incorrect Name)

LASC CIV 105 Rev. 09/23
For Optional Use

Code of Civ. Proc., §§ 471.5
472, 473, 474

Electronically Received 08/07/2025 03:07 PM

Scott C. Lee (SBN 298201)
**MAYR LEE APC**
453 N Central Ave
Upland, California 91786
Telephone: (909) 493-6603
Scott@mayrlee.com

Attorneys for Plaintiff
SURYA JAYAWEERA

Electronically FILED by
Superior Court of California,
County of Los Angeles
7/31/2025 3:09 PM
David W. Slayton,
Executive Officer/Clerk of Court,
By A. Gutierrez, Deputy Clerk

# SUPERIOR COURT OF CALIFORNIA

## COUNTY OF LOS ANGELES – POMONA COURTHOUSE

| | |
|---|---|
| SURYA JAYAWEERA,<br><br>    Plaintiff,<br><br>v.<br><br>QATAR AIRWAYS GROUP (Q.C.S.C); and DOES 1 through 20, inclusive,<br><br>    Defendants.<br><br>ASHAN JAYAWEERA CHAMBERLIN,<br><br>    Nominal Defendant. | Case No.: 25PSCV02781<br><br>**COMPLAINT FOR TREATY LIABILITY RESULTING IN WRONGFUL DEATH; NEGLIGENCE**<br><br>Unlimited Civil |

Plaintiff, SURYA JAYAWEERA, hereby alleges as follows:

1. Plaintiff SURYA JAYAWEERA is, and at all times herein mentioned was, a resident of the City of Claremont, County of Los Angeles, State of California.

2. Defendant QATAR AIRWAYS GROUP (Q.C.S.C.) is registered in the State of California as an out of state stock corporation with its principal place of business in the State and City of New York (hereinafter "QATAR").

3. The true names and capacities of the Defendants sued herein as DOES 1 through 20, inclusive, are unknown to Plaintiff, who therefore sues such Defendants by such

-1-
COMPLAINT

<a>
</a>

fictitious names. Plaintiff will seek leave of this Court to amend the operative Complaint to include their true names and capacities when the same are ascertained.

4. At all times herein mentioned, each of the Defendants herein named was the agent and employee of each of the remaining Defendants, and doing the acts as herein after alleged, did so within the course and scope of such agency and employment.

5. Mr. SURYA JAYAWEERA is the son of Asoka Jayaweera, who was also a resident of the City of Claremont, County of Los Angeles, State of California at all times pertinent to this Complaint.

6. ASHAN JAYAWEERA CHAMBERLIN is the daughter of Asoka Jayaweera.

7. There are no other known heirs to Asoka Jayaweera.

8. On or about June 23, 2023 Asoka Jayaweera purchased a ticket with Defendant QATAR to fly from Los Angeles International Airport to Colombo Sri, Lanka on August 1, 2023.

9. The flight had one scheduled connection in Doha, Qatar.

10. On August 1, 2023 Asoka Jayaweera boarded the QATAR flight headed for Doha, Qatar at the Los Angeles International Airport.

11. Approximately two and a half hours into the flight, Asoka Jayaweera was offered the onboard meal service by QATAR.

12. Mr. Jayaweera was a strict vegetarian and requested a vegetarian meal.

13. QATAR's agents informed him that there no vegetarian meals left and that they could only provide him a regular meal with meat and instructed him to "eat around" the meat.

14. While attempting to "eat around" the meat in the meal that he was provided, Asoka Jayaweera began choking shortly thereafter.

15. Asoka Jayaweera was provided medical assistance on the QATAR aircraft by airline flight crew in conjunction with MedAir staff remotely.

16. At approximately 02:46 UTC, Asoka Jayaweera was monitored with an oxygen saturation level of 69%.

17. The flight at this time was estimated to have been over Wisconsin in the continental United States.

18. Asoka Jayaweera and his companion were told that the flight could not be landed because the flight was traveling over the artic circle / ocean.

19. Asoka Jayaweera was administered oxygen onboard the aircraft, but his oxygen saturation level never exceeded 85% during the remainder of the flight. He lost consciousness around 07:30 UTC and was administered drugs.

20. It was not until approximately 11:00 UTC that the aircraft was brought down in Edinburgh, United Kingdom, and Asoka Jayaweera was transported to the hospital.

21. Asoka Jayaweera would die in Edinburgh on August 3, 2023 due to aspiration pneumonia.

## FIRST CAUSE OF ACTION

### (Treaty Liability as to All Defendants)

22. Plaintiff repeats, realleges, and incorporates as though fully set forth herein the previous paragraphs provided above.

23. Asoka Jayaweera was a strict vegetarian, who requested a vegetarian meal on board the QATAR aircraft during an estimated fifteen and a half hour flight.

24. QATAR informed Asoka Jayaweera that they had run out of vegetarian meals, approximately two and a half hours into the flight.

25. Asoka Jayaweera was instructed to eat around the meat portions of the meal that he was provided.

26. Shortly after beginning the meal, Asoka Jayaweera began choking on the meal that he had been provided and needed medical attention.

27. Asoka Jayaweera's oxygen saturation level was monitored as low as 69% at approximately 02:45 UTC.

28. Despite being provided oxygen on the aircraft, Asoka Jayaweera's oxygen saturation levels did not increase above 85% for the remaining duration of the flight.

29. Oxygen saturation levels of 88% or lower are considered medical emergencies.

30. Asoka Jayaweera was an international passenger on a flight owned and operated by QATAR.

31. Qatar and the United States are members of the Montreal Convention, and as such QATAR is subject to the Convention's rules and has acquiesced to strict liability for personal injury or wrongful deaths occurring as a result of an accident on an international flight.

32. As a result, Plaintiff Surya Jayaweera has been damaged and seeks damages in the amount exceeding the statutory minimum of 128,821 Standard Drawing Units in the currency of the United States, or an amount exceeding that to be proven at trial.

## SECOND CAUSE OF ACTION

### (Negligence as to All Defendants)

33. Plaintiff repeats, realleges, and incorporates as though fully set forth herein the previous paragraphs provided above.

34. QATAR held a duty of care as to Asoka Jayaweera, as a passenger on their aircraft.

35. Asoka Jayaweera requested a vegetarian meal, was told that the airline did not have any available, and was instructed to eat around the meat portions of a regular meal. Asoka Jayaweera began choking on the meal during his attempt to follow the airline's instructions.

36. QATAR administered medical care to Asoka Jayaweera, as a passenger on their aircraft.

37. QATAR refused to land the plane for an additional eight hours, preventing Asoka Jayaweera from seeking further medical care despite Asoka Jayaweera's oxygen saturation levels being critical in nature.

38. As a result, Plaintiff Surya Jayaweera has been damaged and seeks damages in the amount exceeding the statutory minimum of 128,821 Standard Drawing Units in the currency of the United States, or an amount exceeding that to be proven at trial.

## PRAYER

WHEREFORE, Plaintiff prays judgment against Defendants and each of them as follows:

1. For damages according to proof at the time of trial but no less than the equivalent of 128,821 Standard Drawing Units converted to US Dollars which at the time of the filing of this Complaint is equivalent to approximately $174,423.00;

2. For pre-judgment interest on all applicable damages;

3. For the costs of suit incurred herein;

4. For such other and further relief as the court deems proper.

DATED: July 30, 2025            MAYR LEE APC

                                                    _____
                                                    SCOTT C. LEE

| SUPERIOR COURT OF CALIFORNIA<br>COUNTY OF LOS ANGELES | Reserved for Clerk's File Stamp |
|---|---|
| COURTHOUSE ADDRESS:<br>Pomona Courthouse South<br>400 Civic Center Plaza, Pomona, CA 91766 | **FILED**<br>Superior Court of California<br>County of Los Angeles<br>07/31/2025<br>David W. Slayton, Executive Officer / Clerk of Court<br>By: A. Gutierrez, Deputy |
| NOTICE OF CASE ASSIGNMENT<br>UNLIMITED CIVIL CASE | |
| Your case is assigned for all purposes to the judicial officer indicated below. | CASE NUMBER:<br>25PSCV02781 |

**THIS FORM IS TO BE SERVED WITH THE SUMMONS AND COMPLAINT**

| | ASSIGNED JUDGE | DEPT | ROOM | | ASSIGNED JUDGE | DEPT | ROOM |
|---|---|---|---|---|---|---|---|
| ✓ | Allison L. Westfahl Kong | H | | | | | |

Given to the Plaintiff/Cross-Complainant/Attorney of Record    David W. Slayton, Executive Officer / Clerk of Court

on 07/31/2025                                                    By A. Gutierrez                        , Deputy Clerk
        (Date)

LACIV 190 (Rev 6/18)           **NOTICE OF CASE ASSIGNMENT – UNLIMITED CIVIL CASE**
LASC Approved 05/06

## INSTRUCTIONS FOR HANDLING UNLIMITED CIVIL CASES

The following critical provisions of the California Rules of Court, Title 3, Division 7, as applicable in the Superior Court, are summarized for your assistance.

**APPLICATION**
The Division 7 Rules were effective January 1, 2007. They apply to all general civil cases.

**PRIORITY OVER OTHER RULES**
The Division 7 Rules shall have priority over all other Local Rules to the extent the others are inconsistent.

**CHALLENGE TO ASSIGNED JUDGE**
A challenge under Code of Civil Procedure Section 170.6 must be made within **15** days after notice of assignment for all purposes to a judge, or if a party has not yet appeared, within 15 days of the first appearance.

**TIME STANDARDS**
Cases assigned to the Independent Calendaring Courts will be subject to processing under the following time standards:

**COMPLAINTS**
All complaints shall be served within 60 days of filing and proof of service shall be filed within 90 days.

**CROSS-COMPLAINTS**
Without leave of court first being obtained, no cross-complaint may be filed by any party after their answer is filed. Cross-complaints shall be served within 30 days of the filing date and a proof of service filed within 60 days of the filing date.

**STATUS CONFERENCE**
A status conference will be scheduled by the assigned Independent Calendar Judge no later than 270 days after the filing of the complaint. Counsel must be fully prepared to discuss the following issues: alternative dispute resolution, bifurcation, settlement, trial date, and expert witnesses.

**FINAL STATUS CONFERENCE**
The Court will require the parties to attend a final status conference not more than 10 days before the scheduled trial date. All parties shall have motions in limine, bifurcation motions, statements of major evidentiary issues, dispositive motions, requested form jury instructions, special jury instructions, and special jury verdicts timely filed and served prior to the conference. These matters may be heard and resolved at this conference. At least five days before this conference, counsel must also have exchanged lists of exhibits and witnesses, and have submitted to the court a brief statement of the case to be read to the jury panel as required by Chapter Three of the Los Angeles Superior Court Rules.

**SANCTIONS**
The court will impose appropriate sanctions for the failure or refusal to comply with Chapter Three Rules, orders made by the Court, and time standards or deadlines established by the Court or by the Chapter Three Rules. Such sanctions may be on a party, or if appropriate, on counsel for a party.

**This is not a complete delineation of the Division 7 or Chapter Three Rules, and adherence only to the above provisions is therefore not a guarantee against the imposition of sanctions under Trial Court Delay Reduction. Careful reading and compliance with the actual Chapter Rules is imperative.**

Class Actions
Pursuant to Local Rule 2.3, all class actions shall be filed at the Stanley Mosk Courthouse and are randomly assigned to a complex judge at the designated complex courthouse. If the case is found not to be a class action it will be returned to an Independent Calendar Courtroom for all purposes.

*Provisionally Complex Cases
Cases filed as provisionally complex are initially assigned to the Supervising Judge of complex litigation for determination of complex status. If the case is deemed to be complex within the meaning of California Rules of Court 3.400 et seq., it will be randomly assigned to a complex judge at the designated complex courthouse. If the case is found not to be complex, it will be returned to an Independent Calendar Courtroom for all purposes.

| SUPERIOR COURT OF CALIFORNIA<br>COUNTY OF LOS ANGELES | Reserved for Clerk's File Stamp |
|---|---|
| COURTHOUSE ADDRESS:<br>Pomona Courthouse South<br>400 Civic Center Plaza, Pomona, CA 91766 | FILED<br>Superior Court of California<br>County of Los Angeles<br>08/04/2025<br>David W. Slayton, Executive Officer/Clerk of Court<br>By: M. Garza, Deputy |
| PLAINTIFF(S):<br>Surya Jayaweera | |
| DEFENDANT(S):<br>Qatar Airways Group (Q.C.S.C), et al. | |
| ORDER TO SHOW CAUSE HEARING | CASE NUMBER:<br>25PSCV02781 |

To the party / attorney of record:

You are ordered to appear for an Order to Show Cause Hearing on <u>11/19/2025</u> at <u>8:30 AM</u> in department <u>H</u> of this court, <u>Pomona Courthouse South</u>, and show cause why sanctions should not be imposed for:

[✓]   Failure to file proof of service.

Failure to comply or appear may result in sanctions pursuant to one or more of the following: California Rules of Court, rule 2.30 and rule 3.1340; Code of Civil Procedure sections 177.5, 575.2, 583.150, 583.310, 583.360, 583.410, 583.420, 583.430; and Government Code section 68608.

[✓]   To avoid a mandatory appearance all required documents must be filed at least 5 days prior to the date of the hearing.

Dated: <u>08/04/2025</u>

Allison L. Westfahl Kong / Judge
Judicial Officer

ORDER TO SHOW CAUSE HEARING

LACIV 166 (Rev. 09/08)
LASC Approved 06-04

Cal. Rules of Court, rule 2.30
LASC Local Rules, Chapter 7

| SUPERIOR COURT OF CALIFORNIA<br>COUNTY OF LOS ANGELES | Reserved for Clerk's File Stamp |
|---|---|
| COURTHOUSE ADDRESS:<br>Pomona Courthouse South<br>400 Civic Center Plaza, Pomona, CA 91766 | **FILED**<br>Superior Court of California<br>County of Los Angeles<br>08/04/2025<br>David W. Slayton, Executive Officer / Clerk of Court<br>By: M. Garza, Deputy |
| PLAINTIFF/PETITIONER:<br>Surya Jayaweera | |
| DEFENDANT/RESPONDENT:<br>Qatar Airways Group (Q.C.S.C), et al. | |

| CERTIFICATE OF MAILING | CASE NUMBER:<br>25PSCV02781 |
|---|---|

I, the below-named Executive Officer/Clerk of the above-entitled court, do hereby certify that I am not a party to the cause herein, and that on this date I served the **Order to Show Cause Failure to File Proof of Service** upon each party or counsel named below by placing the document for collection and mailing so as to cause it to be deposited in the United States mail at the courthouse in **Pomona**, California, one copy of the original filed/entered herein in a separate sealed envelope to each address as shown below with the postage thereon fully prepaid, in accordance with standard court practices.

Scott Lee
Mayr Lee APC
453 North Central Ave
Upland, CA 91786

David W. Slayton, Executive Officer / Clerk of Court

Dated: 08/4/2025        By:  M. Garza
                               Deputy Clerk

### CERTIFICATE OF MAILING

MC-050

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Timothy Hobbs, (SBN 268532) <br> HOBBS LAW GROUP, APC <br> 250 West 1st Street, Ste. 316 <br> Claremont, California, 91711 <br> TELEPHONE NO.: (626) 782-4520   FAX NO. (Optional): (626) 782-6379 <br> E-MAIL ADDRESS (Optional): tim@hobbslawgroup.com <br> ATTORNEY FOR (Name): Plaintiffs, SURYA JAYAWEERA | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Los Angeles
STREET ADDRESS: 400 Civic Center Plaza
MAILING ADDRESS:
CITY AND ZIP CODE: POMONA 91766
BRANCH NAME: POMONA COURTHOUSE SOUTH

CASE NAME:
Surya Jayaweera v. Qatar Airways Group (Q.C.S.C.) Et Al

| SUBSTITUTION OF ATTORNEY—CIVIL <br> (Without Court Order) | CASE NUMBER: <br> 25PSCV02781 |
|---|---|

THE COURT AND ALL PARTIES ARE NOTIFIED THAT (name): Surya Jayaweera  makes the following substitution:

1. **Former legal representative** ☐ Party represented self  ☑ Attorney (name): Scott C. Lee
2. **New legal representative** ☐ Party is representing self* ☑ Attorney
   a. Name: Timothy K. Hobbs, Esq.                 b. State Bar No. (if applicable): 268532
   c. Address (number, street, city, ZIP, and law firm name, if applicable):
      Hobbs Law Group, APC, 250 W. 1st St. Ste. 316, Claremont CA 91711

   d. Telephone No. (include area code): 626-782-4520
3. The party making this substitution is a  ☑ plaintiff  ☐ defendant  ☐ petitioner  ☐ respondent  ☐ other (specify):

---

**\*NOTICE TO PARTIES APPLYING TO REPRESENT THEMSELVES**

- Guardian
- Conservator
- Trustee
- Personal Representative
- Probate fiduciary
- Corporation
- Guardian ad litem
- Unincorporated association

If you are applying as one of the parties on this list, you may NOT act as your own attorney in most cases. Use this form to substitute one attorney for another attorney. SEEK LEGAL ADVICE BEFORE APPLYING TO REPRESENT YOURSELF.

---

**NOTICE TO PARTIES WITHOUT ATTORNEYS**
A party representing himself or herself may wish to seek legal assistance. Failure to take timely and appropriate action in this case may result in serious legal consequences.

---

4. I consent to this substitution.
   Date: 25 Aug 2025
   SURYA JAYAWEERA
   (TYPE OR PRINT NAME)                                (SIGNATURE OF PARTY)

5. ☑ I consent to this substitution.
   Date: 8-25-2025
   SCOTT C. LEE
   (TYPE OR PRINT NAME)                                (SIGNATURE OF FORMER ATTORNEY)

6. ☑ I consent to this substitution.
   Date: 08/25/2025
   TIMOTHY K. HOBBS, ESQ.
   (TYPE OR PRINT NAME)                                (SIGNATURE OF NEW ATTORNEY)

(See reverse for proof of service by mail)

Page 1 of 2

Form Adopted For Mandatory Use <br> Judicial Council of California <br> MC-050 [Rev. January 1, 2009]

**SUBSTITUTION OF ATTORNEY—CIVIL** <br> (Without Court Order)

Code of Civil Procedure, §§ 284(1), 285; <br> Cal. Rules of Court, rule 3.1362 <br> www.courtinfo.ca.gov

MC-050

| CASE NAME: Surya Jayaweera v. Qatar Airways Group (Q.C.S.C.) Et Al | CASE NUMBER: 25PSCV02781 |
|---|---|

## PROOF OF SERVICE BY MAIL
### Substitution of Attorney—Civil

**Instructions:** *After having all parties served by mail with the Substitution of Attorney—Civil, have the person who mailed the document complete this Proof of Service by Mail. An <u>unsigned</u> copy of the Proof of Service by Mail should be completed and served with the document. Give the Substitution of Attorney—Civil and the completed Proof of Service by Mail to the clerk for filing. If you are representing yourself, someone else must mail these papers and sign the Proof of Service by Mail.*

1. I am over the age of 18 and **not a party to this cause.** I am a resident of or employed in the county where the mailing occurred. My residence or business address is *(specify)*:

2. I served the Substitution of Attorney—Civil by enclosing a true copy in a sealed envelope addressed to each person whose name and address is shown below and depositing the envelope in the United States mail with the postage fully prepaid.

   (1) Date of mailing:                    (2) Place of mailing *(city and state)*:

3. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:

_____          _____
(TYPE OR PRINT NAME)                              (SIGNATURE)

### NAME AND ADDRESS OF EACH PERSON TO WHOM NOTICE WAS MAILED

4. a. Name of person served:
   b. Address *(number, street, city, and ZIP)*:

   c. Name of person served:
   d. Address *(number, street, city, and ZIP)*:

   e. Name of person served:
   f. Address *(number, street, city, and ZIP)*:

   g. Name of person served:
   h. Address *(number, street, city, and ZIP)*:

   i. Name of person served:
   j. Address *(number, street, city, and ZIP)*:

   ☐ List of names and addresses continued in attachment.

| MC-050 [Rev. January 1, 2009] | **SUBSTITUTION OF ATTORNEY—CIVIL** (Without Court Order) | Page 2 of 2 |
|---|---|---|